David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiff,
MICHAEL D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D.,<br><br>            Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; THE AVAYA INC. MEDICAL EXPENSE PLAN FOR SALARIED EMPLOYEES; and and DOES 1 through 10,<br><br>            Defendants. | Case No. 5:19-cv-08244-NC<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>Complaint Filed:  December 18, 2019<br><br>Judge:         Hon. Nathaniel Cousins |

TO THE CLERK OF THE COURT, THE HONORABLE NATHANIEL COUSINS, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

It is hereby stipulated by and between Plaintiff MICHAEL D. and Defendants AETNA LIFE INSURANCE COMPANY and THE AVAYA, INC. MEDICAL EXPENSE PLAN FOR SALARIED EMPLOYEES that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: August 12, 2020   Respectfully submitted,
**DL LAW GROUP**

By: /S/ David M. Lilienstein
David M. Lilienstein
Katie J. Spielman
Attorneys for Plaintiff, MICHAEL D.

Dated: August 12, 2020   FABIAN VANCOTT

By: /s/ David N. Kelley (admitted *Pro Hac Vice*)
Attorneys for Defendants, AETNA LIFE INSURANCE COMPANY and THE AVAYA, INC. MEDICAL EXPENSE PLAN FOR SALARIED EMPLOYEES

## ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Dated: August 12 , 2020

GRANTED
Judge Nathanael M. Cousins

1
**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** Case No. 5:19-cv-08244-NC